IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADAM HATHAWAY,

    Plaintiff,

v.                                              No. 1:19-cv-00862-KG-JFR

ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER HAVING COME before the Court on the parties' Joint Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well taken and should be GRANTED.

THE COURT FINDS that there is no objection from any party to dismissal with prejudice of Plaintiff's Complaint and all claims that were or could have been alleged therein.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint and all causes of action that were or could have been alleged therein in the above-captioned matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Approved:

CHAPMAN AND PRIEST, P.C.

*/s/ Stephen M. Simone*
Stephen M. Simone
Elizabeth G. Perkins
PO Box 92438
Albuquerque, NM 87199
505-242-6000
stephensimone@cplawnm.com
elizabethperkins@cplawnm.com
*Attorneys for Allstate Insurance Company and*
*Allstate Property and Casualty Insurance Company*

RIOS LAW FIRM

*Electronically approved 12/18/19*
Linda Rios
2001 San Mateo NE, Suite C
Albuquerque, NM 87110
505-232-5307
linda.rios@lrioslaw.com
*danielulibarri@lrioslaw.com*
*Attorneys for Plaintiff*